# CASE ANNOUNCEMENTS

*December 15, 2009*

[Cite as *12/15/2009 Case Announcements,* 2009-Ohio-6546.]

## MOTION AND PROCEDURAL RULINGS

**In re Hughley.**
On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On December 10, 2009, Hughley submitted a motion for leave to file a writ of habeas corpus via R.C. 2929.41(A) and 2929.34(C). Upon review of the proffered motion for leave,

It is ordered by the court that Kevin Hughley's motion for leave is denied.

**1998–0552. State v. Smith.**
Lucas App. No. L–94–093. By entry filed June 17, 2009, this court ordered that appellant's sentence be carried into execution on Thursday, January 7, 2010. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

It is ordered by the court that the Chief Justice may suspend application of any provisions of the Rules of Practice of the Supreme Court, including, but not limited to, the filing requirements imposed by S.Ct.Prac.R. XIV(1).

It is further ordered that service of documents as required by S.Ct.Prac.R. XIV(2) shall be personal, by facsimile transmission, or by email.

It is further ordered that counsel of record for the parties shall provide this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally, by facsimile transmission, or by email.

## DISCIPLINARY CASES

**2008–2470. Akron Bar Assn. v. McNerney.**
This cause is pending before the court upon the filing of a motion to show cause filed by relator. On December 7, 2009, relator, Akron Bar Association, filed a suggestion of death of respondent. Upon consideration thereof,

It is ordered by the court that the matter is dismissed.